**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DELTA SALOON, INC., A Nevada Corporation, | Case No.  3:19-cv-00748 |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| AMERIGAS PROPANE, L.P., a Pennsylvania Limited Partnership; DOES I through X and ROE CORPORATIONS XI through XX, | |
| Defendants. | |
| ---------------------------------------------------- SCOTTSDALE INSURANCE COMPANY, as subrogee of Virginia City Gaming, LLC and Dr. Vincent Malfitano, | |
| Plaintiff-in-Intervention, | |
| vs. | |
| AMERIGAS PROPANE, L,P., a Pennsylvania Limited Partnership; DOES I through X and ROE CORPORATIONS XI through XX, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

Pursuant to the filed Stipulation between Plaintiff-In-Intervention, Scottsdale Insurance Company ("Scottsdale") and Defendant Amerigas Propane, LP ("Defendant Amerigas"), the

1

1  Complaint in Intervention filed on October 29, 2020 is hereby dismissed, with prejudice, in its
2  entirety. Each party is to bear its own costs.
3
                                        IT IS SO ORDERED.
4
5  Dated:  January 20, 2022              By:_____
                                        UNITED STATES DISTRICT JUDGE
6

2