UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DELTA SALOON, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAS PROPANE, INC., et al., <br><br> Defendants. | Case No. 3:19-cv-00748-RCJ-CSD <br><br> **ORDER** <br><br> Re: ECF No. 67 |

Defendant AmeriGas Propane, Inc., has filed a Motion to Compel Discovery (ECF No. 67). The motion is denied due to Plaintiff's failure to comply with the Court's Civil Standing Order (see Section V.B.):

> "Pursuant to LR 1-1(b)(2), the court requires the parties to follow the following informal discovery dispute procedure. No discovery motion may be filed until this procedure has been followed and such briefing is ordered by the court."

(ECF No. 51 at 3.)

The parties are directed to follow the process outlined in the Court's Civil Standing Order.

**IT IS SO ORDERED.**

DATED: December 1, 2022.

_____
UNITED STATES MAGISTRATE JUDGE