# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DELTA SALOON, INC, a Nevada corporation,<br><br>Plaintiff<br><br>v.<br><br>AMERIGAS PROPANE, L.P., A Pennsylvania limited partnership, DOES 1 through 10 and ROE CORPORATIONS,<br><br>Defendants. | Case No.: 3:19-cv-00748-RCJ-CSD<br><br>**Minute Order**<br><br>Re: ECF No. 71 |

PRESENT: THE HONORABLE CRAIG S. DENNEY, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KAREN WALKER          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On or before **5:00 p.m. on Friday, December 9, 2022**, defendant AmeriGas Propane, L.P., shall file a reply brief in support of its discovery motion (ECF No. 71). The reply brief is limited to **5 pages**.

**IT IS SO ORDERED**.

Dated: December 6, 2022                    DEBRA K. KEMPI, CLERK

                                By:  _____/s/_____

                                        Deputy Clerk