1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DELTA SALOON, INC.,

Plaintiff,

v.

AMERICAS PROPANE, INC., et al.,

Defendants.

Case No. 3:19-cv-00748-RCJ-CSD

**ORDER**

Before the court is Defendant's Motion Regarding Discovery Dispute Over Rule 26 Disclosures and Incomplete Court-Ordered Production (ECF No. 84).

Pursuant to the court's Civil Standing Order (ECF No. 51), Plaintiff shall file a response on or before close of business on **Thursday, February 16, 2023.**  The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED:  February 14, 2023.

_____
UNITED STATES MAGISTRATE JUDGE