# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DELTA SALOON, INC.,

    Plaintiff

v.

AMERIGAS PROPANE, INC., et al.,

    Defendants

Case No.: 3:19-cv-00748-RCJ-CSD

**Order**

Re: ECF No. 84

Plaintiff filed a motion regarding discovery dispute filed pursuant to the court's civil standing order. (ECF No. 84.) Plaintiff filed a response. (ECF No. 86.) The dispute concerns Defendant's contention that Plaintiff has not adequately supplemented the Rule 26 disclosures, and the supplemental disclosures that have been provided are incomplete, particularly with respect to Plaintiff's damages disclosures pertaining to "building and restoration and repair costs" calculation. Plaintiff's response indicates that the parties had a meet and confer on February 9, 2023, and missing bank statements and an updated computation of damages were to be provided to Defendant on February 15, 2023. In light of this development, the court orders the parties to further meet and confer within the next week, and provide a joint status update on **February 27, 2023,** advising the court of the details of the meet and confer conference in compliance with Local Rule 26-6(c) and Local Rule IA 1-3(f), and identify any items that remain in dispute.

After reviewing the status update, the court will determine whether a hearing is necessary.

**IT IS SO ORDERED**.

Dated: February 17, 2023

_____
Craig S. Denney
United States Magistrate Judge