# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DELTA SALOON, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAS PROPANE, INC., et al., <br><br> Defendants. | Case No. 3:19-cv-00748-RCJ-CSD <br><br> **ORDER** |

Before the court is Plaintiff's Motion Regarding Discovery Dispute (ECF No. 97).

Pursuant to the court's Civil Standing Order (ECF No. 51), Defendant shall file a response on or before close of business on **Friday, March 24, 2023.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED: March 22, 2023.

_____
UNITED STATES MAGISTRATE JUDGE