Sarah Ferguson (NSBN 14515)
Parsons Behle & Latimer
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
sferguson@parsonsbehle.com

John G. Hansen (KSBN 23184)
McCoy Leavitt Laskey LLC
8700 Monrovia Street
Lenexa, KS 66215
Telephone: (913) 647-7504
jhansen@mlllaw.com
(*Admitted Pro Hac Vice*)

H. Brook Laskey (NMSBN 8992)
McCoy Leavitt Laskey LLC
317 Commercial Street NE, Suite 200
Albuquerque, NM 87102
Telephone: (505) 246-0455
blaskey@mlllaw.com
(*Admitted Pro Hac Vice*)

*Attorneys for Defendant, AmeriGas Propane, L.P.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| DELTA SALOON, INC., a Nevada Corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>AMERIGAS PROPANE, INC., a Pennsylvania Corporation; AMERIGAS PROPANE PARTS & SERVICE, INC., a Pennsylvania Corporation; DOES I through X and ROE CORPORATIONS XI through XX,<br><br>     Defendants. | Case No. 3:19-cv-00748-RCJ-CSD<br><br>**NOTICE REGARDING RESOLUTION OF DISCOVERY DISPUTE** |
|---|---|

Plaintiff Delta Saloon, Inc. ("Plaintiff") and Defendant AmeriGas Propane, L.P. ("AmeriGas," collectively the "Parties"), by and through their attorneys of record, have met and conferred regarding Plaintiff's Motion to Compel (ECF No. 97) and hereby jointly submit the following Notice. The Parties have resolved the discovery dispute, rendering moot the hearing set

by this Court for May 12, 2023 at 2:00pm (ECF No. 107). Accordingly, the Parties respectfully request the Court vacate the hearing.

DATED this 12th day of May, 2023.

| JAHRMARKT & ASSOCIATES | PARSONS BEHLE & LATIMER |
|---|---|
| /s/ John Jahrmarkt <br> JOHN JAHRMARKT <br> *Admitted Pro Hac Vice* <br> 2049 Century Park East, Suite 2525 <br> Los Angeles, CA  90067 <br><br> ELLIOT S. BLUT (NSBN 6570) <br> BLUT LAW GROUP <br> 300 S. Fourth Street, Ste. 701 <br> Las Vegas, NV 89101 <br><br> *Attorneys for Plaintiff* <br> *Delta Saloon, Inc* | /s/ Sarah Ferguson <br> Sarah Ferguson (NSBN 14515) <br> Parsons Behle& Latimer <br> 50 W. Liberty Street, Suite 750 <br> Reno, NV 89501 <br> Telephone: (775) 323-1601 <br> sferguson@parsonsbehle.com <br><br> H. Brook Laskey, Esq. (NMSBN 8992) <br> 317 Commercial Street NE, Suite 200 <br> Albuquerque, NM  87102 <br> Telephone: (505) 246-0455 <br> blaskey@mlllaw.com <br> (*Admitted Pro Hac Vice*) <br><br> John G. Hansen (Mo.BN 37090) <br> 8700 Monrovia Street, Suite 310 <br> Lenexa, KS 66215 <br> Telephone: (913) 647-7504 <br> jhansen@mlllaw.com <br> (*Admitted Pro Hac Vice*) <br><br> *Attorneys for Defendants* |