```
__X__ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
                       COUNSEL/PARTIES OF RECORD

              JULY 14, 2023

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA

BY: _____ DEPUTY
```

1  Sarah Ferguson (NSBN 14515)
   Jake T. Ward-Herzik (NSBN 16340)
2  Parsons Behle & Latimer
   50 W. Liberty Street, Suite 750
3  Reno, NV 89501
   Telephone: (775) 323-1601
4  sferguson@parsonsbehle.com
   jward-herzik@parsonsbehle.com
5
   John G. Hansen (KSBN 23184)
6  McCoy Leavitt Laskey LLC
   8700 Monrovia Street, Suite 310
7  Lenexa, KS 66215
   Telephone: (913) 647-7504
8  jhansen@mlllaw.com
   (*Admitted Pro Hac Vice*)
9
   H. Brook Laskey (NMSBN 8992)
10 McCoy Leavitt Laskey LLC
   317 Commercial Street NE, Suite 200
11 Albuquerque, NM 87102
   Telephone: (505) 246-0455
12 blaskey@mlllaw.com
   (*Admitted Pro Hac Vice*)
13
   *Attorneys for Defendant*
14

15              IN THE UNITED STATES DISTRICT COURT

16                  FOR THE DISTRICT OF NEVADA

17 DELTA SALOON, INC., a Nevada           CASE NO.: 3:19-cv-00748-RCJ-CSD
   Corporation,
18
                  Plaintiff,              **ORDER GRANTING STIPULATION AND**
19                                        **[PROPOSED] ORDER EXTENDING**
            vs.                           **DISCOVERY DEADLINES**
20
   AMERIGAS PROPANE, L.P., a              **(Twelfth Request)**
21 Pennsylvania Limited Partnership; DOES I
   through X and ROE CORPORATIONS XI
22 through XX,

23                Defendants.

24

25       Plaintiff Delta Saloon, Inc. ("Plaintiff"), Defendant AmeriGas Propane, L.P.

26 ("AmeriGas," collectively the "Parties"), by and through their attorneys of record, have met and

27 conferred regarding the current discovery dates and respectfully request the Court amend the

28 discovery schedule as outlined herein. The Parties have agreed to the schedule change reflected

herein irrespective of the Court's ruling on the currently pending two motions. The Parties reserve the right to request or oppose further changes to the schedule after the motions are heard.

Additional time is not made for the purpose of delay, but rather to ensure that the Parties are able to conduct full expert discovery in this matter. Aside from issues raised in the two motions that are presently before this Court, the Parties have substantially completed fact discovery. They have exchanged expert reports and all that remains to complete discovery in this matter is to take the depositions of their respective experts, one non-retained expert from Storey County, and the owner of the Delta Saloon, Dr. Vincent Malfitano. Counsel are presently identifying the dates during which the Parties and the experts are available for these depositions and they require additional time to schedule and take these depositions. This stipulation does not afford additional time for the purpose of Mr. Matthews' deposition or the depositions of any other experts Plaintiff may identify. If the Court allows Mr. Matthews or any other experts to be identified, additional time may be separately requested to accommodate that discovery.

Consistent with LR 26-3, the Parties note that there is good cause to extend the discovery deadlines in this case as discussed in the forgoing.

Accordingly, the Parties, hereby agree to the following revised discovery deadlines:

| Event | | Current Date | New Date |
|---|---|---|---|
| a. | Close of Discovery: | June 30, 2023 | August 31, 2023 |
| b. | Amend Pleadings or Add Parties: | *Completed* | |
| c. | Expert Disclosure Reports: | | |
| | i.  Initial Expert Disclosures: | *Completed* | |
| | ii. Rebuttal Expert Disclosures: | *Completed* | |
| d. | Dispositive Motions Filed: | July 24, 2023 | September 15, 2023 |
| e. | Joint Pre-Trial Order: | September 22, 2023 | November 9, 2023 |

/ / /

/ / /

/ / /

/ / /

This request is made in good faith and not for purposes of delay.

Dated this 28th day of June, 2023.

JAHRMARKT & ASSOCIATES

/s/ John Jahrmarkt
John Jahrmarkt
2049 Century Park East, Suite 2525
Los Angeles, CA  90067
(*Admitted Pro Hac Vice*)

Elliot S. Blut (NSBN 6570)
Blut Law Group
300 S. Fourth Street, Ste. 701
Las Vegas, NV 89101

*Attorneys for Plaintiff
Delta Saloon, Inc.*

Dated this 28th day of June, 2023.

PARSONS BEHLE & LATIMER

/s/ Sarah Ferguson
Sarah Ferguson (NSBN 14515)
Jake T. Ward-Herzik (NSBN 16340)
50 W. Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
sferguson@parsonsbehle.com
jward-herzik@parsonsbehle.com

John G. Hansen (KSBN 23184)
McCoy Leavitt Laskey LLC
8700 Monrovia Street, Suite 310
Lenexa, KS 66215
Telephone: (913) 647-7504
jhansen@mlllaw.com
(*Admitted Pro Hac Vice*)

H. Brook Laskey, Esq. (NMSBN 8992)
McCoy Leavitt Laskey LLC
317 Commercial Street NE, Suite 200
Albuquerque, NM  87102
Telephone: (505) 246-0455
blaskey@mlllaw.com
(*Admitted Pro Hac Vice*)

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  July 14, 2023

3

4892-3141-9757.v1