1  Sarah Ferguson (NSBN 14515)
   Jake T. Ward-Herzik (NSBN 16340)
2  Parsons Behle & Latimer
   50 W. Liberty Street, Suite 750
3  Reno, NV 89501
   Telephone: (775) 323-1601
4  sferguson@parsonsbehle.com
   jward-herzik@parsonsbehle.com
5
   John G. Hansen (KSBN 23184)
6  McCoy Leavitt Laskey LLC
   8700 Monrovia Street, Suite 310
7  Lenexa, KS 66215
   Telephone: (913) 647-7504
8  jhansen@mlllaw.com
   (*Admitted Pro Hac Vice*)
9
   H. Brook Laskey (NMSBN 8992)
10 McCoy Leavitt Laskey LLC
   317 Commercial Street NE, Suite 200
11 Albuquerque, NM  87102
   Telephone:  (505) 246-0455
12 blaskey@mlllaw.com
   (*Admitted Pro Hac Vice*)
13
   *Attorneys for Defendant*
14

15              IN THE UNITED STATES DISTRICT COURT

16                 FOR THE DISTRICT OF NEVADA

17 DELTA SALOON, INC., a Nevada          CASE NO.:  3:19-cv-00748-CSD
   Corporation,
18
                        Plaintiff,       **STIPULATION AND ORDER EXTENDING**
19                                        **JOINT PRETRIAL ORDER DEADLINE**
          vs.
20                                        **(First Request)**
   AMERIGAS PROPANE, L.P., a
21 Pennsylvania Limited Partnership; DOES I
   through X and ROE CORPORATIONS XI
22 through XX,

23                        Defendants.

24

25        Plaintiff  Delta  Saloon,  Inc.  ("Plaintiff"),  Defendant  AmeriGas  Propane,  L.P.

26 ("AmeriGas," collectively the "Parties"), by and through their attorneys of record, have met and

27 conferred regarding the Joint Pretrial Order deadline in this case and respectfully request the

28 Court amend its Order regarding the timing of the Pretrial Order (ECF No. 134) as outlined

1    herein.

2         This request for additional time is not made for the purpose of delay, but rather to ensure

3    that the Parties are able to file a thorough and complete Joint Pretrial Order with the Court.  On

4    March 28, 2024, the Court filed its Order on AmeriGas's Motion for Summary Judgment (ECF

5    No. 138) wherein, among other things, it ordered the parties to file their Joint Pretrial Order

6    within 30 days.

7         The Parties have been diligently working on their respective portions of the Joint Pretrial

8    Order and have individually completed the uncontested facts and contested facts. They have also

9    mostly completed their individual exhibit lists and deposition designations. Though the Parties

10   have an excellent working relationship, they expect that finalizing their individual portions and

11   then conforming them into one Pretrial Order will take a significant amount of time. This is

12   especially true given the extent of discovery in this matter. However, the Parties anticipate they

13   will be able to come to an agreement and will provide the Court with a substantive Pretrial Order

14   that will help streamline trial for the Court and the Parties. Moreover, this request is necessary to

15   accommodate Plaintiff's counsel's trial schedule.

16        In addition, the Parties expect the trial will last 7-10 court days and have tentatively

17   agreed to the following possible trial dates for the commencement of trial[1]:

18        **January 13, 2025**

19        **January 20, 2025**

20        **January 27, 2025**

21        Accordingly, the Parties seek an extension of the current deadline from April 26, 2024 to

22   and including May 24, 2024.  Consistent with LR 26-3, the Parties note that there is good cause to

23   extend the remaining deadline, as discussed in the forgoing. Additionally, this extension will not

24   cause any delay in the case as discovery is complete and trial is still months away.

25   / / /

26

27   ――――――――――――――
     1      The Parties respectfully request a 2025 trial date to accommodate counsel Sarah

28   Ferguson's parental leave which is expected to run from June-October 2024. These dates will also
     be included in the Pre Trial Order, consistent with the Local Rules.

Accordingly, the Parties, hereby agree to the following revised deadline:

| Event | | Current Date | New Date |
|---|---|---|---|
| **a.** | **Close of Discovery:** | *Completed* | |
| **b.** | **Amend Pleadings or Add Parties:** | *Completed* | |
| **c.** | **Expert Disclosure Reports:** | | |
| | **i.**    **Initial Expert Disclosures:** | *Completed* | |
| | **ii.**   **Rebuttal Expert Disclosures:** | *Completed* | |
| **d.** | **Dispositive Motions Filed:** | *Completed* | |
| **e.** | **Joint Pre-Trial Order:** | **April 26, 2024** | **May 24, 2024** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1       This request is made in good faith and not for purposes of delay.

2 Dated this 23rd day of April, 2024.      Dated this 23rd day of April, 2024.

3 JAHRMARKT & ASSOCIATES      PARSONS BEHLE & LATIMER

4

5 */s/ John Jahrmarkt*        */s/ Sarah Ferguson*
  John Jahrmarkt (CSBN 175569)    Sarah Ferguson (NSBN 14515)

6   2049 Century Park East, Suite 2525    Jake T. Ward-Herzik (NSBN 16340)
  Los Angeles, CA  90067        50 W. Liberty Street, Suite 750

7   Telephone: (310) 226-7676      Reno, NV 89501
  *(Admitted Pro Hac Vice)*        Telephone: (775) 323-1601

8                      sferguson@parsonsbehle.com
  Elliot S. Blut (NSBN 6570)      jward-herzik@parsonsbehle.com

9   Blut Law Group
  300 S. Fourth Street, Ste. 701     John G. Hansen (KSBN 23184)

10   Las Vegas, NV 89101         McCoy Leavitt Laskey LLC
  Telephone: (702) 384-1050      8700 Monrovia Street, Suite 310

11                      Lenexa, KS 66215
                     Telephone: (913) 647-7504

12   *Attorneys for Plaintiff*       jhansen@mlllaw.com
  *Delta Saloon, Inc.*           *(Admitted Pro Hac Vice)*

13                      H. Brook Laskey, Esq. (NMSBN 8992)

14                      McCoy Leavitt Laskey LLC
                     317 Commercial Street NE, Suite 200

15                      Albuquerque, NM  87102
                     Telephone: (505) 246-0455

16                      blaskey@mlllaw.com
                     *(Admitted Pro Hac Vice)*

17                      *Attorneys for Defendants*

18

19 This case is scheduled for jury trial before the Honorable Craig S. Denney at Reno, Nevada, on **Monday, January 13, 2025, at 9:00 a.m.**

20

21 IT IS SO ORDERED.

22

23 _____

24 UNITED STATES MAGISTRATE JUDGE

25 DATED: April 23, 2024

26

27

28