Sarah Ferguson (NSBN 14515)
Jake T. Ward-Herzik (NSBN 16340)
Parsons Behle & Latimer
50 W. Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
sferguson@parsonsbehle.com
jward-herzik@parsonsbehle.com

John G. Hansen (KSBN 23184)
McCoy Leavitt Laskey LLC
8700 Monrovia Street, Suite 310
Lenexa, KS 66215
Telephone: (913) 647-7504
jhansen@mlllaw.com
(*Admitted Pro Hac Vice*)

H. Brook Laskey (NMSBN 8992)
McCoy Leavitt Laskey LLC
317 Commercial Street NE, Suite 200
Albuquerque, NM 87102
Telephone: (505) 246-0455
blaskey@mlllaw.com
(*Admitted Pro Hac Vice*)

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DELTA SALOON, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIGAS PROPANE, L.P., a Pennsylvania Limited Partnership; DOES I through X and ROE CORPORATIONS XI through XX,<br><br>Defendants. | CASE NO.: 3:19-cv-00748-CSD<br><br>**STIPULATION AND ORDER EXTENDING JOINT PRETRIAL ORDER DEADLINE**<br><br>**(Second Request)** |

Plaintiff Delta Saloon, Inc. ("Plaintiff"), Defendant AmeriGas Propane, L.P. ("AmeriGas," collectively the "Parties"), by and through their attorneys of record, have met and conferred regarding the Joint Pretrial Order deadline in this case and respectfully request the Court amend its Order regarding the timing of the Pretrial Order (ECF No. 141) as outlined

herein.

This request for additional time is not made for the purpose of delay, but rather to ensure that the Parties are able to file a thorough and complete Joint Pretrial Order with the Court.  On April 23, 2024, the Court filed its Order granting the Parties' Stipulation Extending Joint Pretrial Order Deadline (First Request) ordering the parties to file their Joint Pretrial Order within 30 days, on May 24, 2024.

The Parties have been diligently working on their respective portions of the Joint Pretrial Order and have individually completed significant portions of the Joint Pretrial Order, including nearly completing exhibit lists. However, the Delta Saloon was recently sold and the Parties are evaluating if and how such sale impacts the damages in this case. The Parties require additional time in order to fully understand these implications and how it may change the exhibits needed at trial.

Accordingly, the Parties seek an additional extension of the current deadline from May 24, 2024 to and including June 24, 2024.  Consistent with LR 26-3, the Parties note that there is good cause to extend the remaining deadline, as discussed in the forgoing. Additionally, this extension will not cause any delay in the case as discovery is complete and trial is currently set to commence on January 13, 2025.

Accordingly, the Parties, hereby agree to the following revised deadline:

| Event | Current Date | New Date |
|---|---|---|
| a. **Close of Discovery:** | *Completed* | |
| b. **Amend Pleadings or Add Parties:** | *Completed* | |
| c. **Expert Disclosure Reports:** | | |
|     i. **Initial Expert Disclosures:** | *Completed* | |
|     ii. **Rebuttal Expert Disclosures:** | *Completed* | |
| d. **Dispositive Motions Filed:** | *Completed* | |
| e. **Joint Pre-Trial Order:** | May 24, 2024 | June 24, 2024 |

/ / /

/ / /

This request is made in good faith and not for purposes of delay.

Dated this 21st day of May, 2024.

JAHRMARKT & ASSOCIATES

*/s/ John Jahrmarkt*
John Jahrmarkt (CSBN 175569)
2049 Century Park East, Suite 2525
Los Angeles, CA  90067
Telephone: (310) 226-7676
*(Admitted Pro Hac Vice)*

Elliot S. Blut (NSBN 6570)
Blut Law Group
300 S. Fourth Street, Ste. 701
Las Vegas, NV 89101
Telephone: (702) 384-1050

*Attorneys for Plaintiff*
*Delta Saloon, Inc.*

Dated this 21st day of May, 2024.

PARSONS BEHLE & LATIMER

*/s/ Sarah Ferguson*
Sarah Ferguson (NSBN 14515)
Jake T. Ward-Herzik (NSBN 16340)
50 W. Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
sferguson@parsonsbehle.com
jward-herzik@parsonsbehle.com

John G. Hansen (KSBN 23184)
McCoy Leavitt Laskey LLC
8700 Monrovia Street, Suite 310
Lenexa, KS 66215
Telephone: (913) 647-7504
jhansen@mlllaw.com
(*Admitted Pro Hac Vice*)

H. Brook Laskey, Esq. (NMSBN 8992)
McCoy Leavitt Laskey LLC
317 Commercial Street NE, Suite 200
Albuquerque, NM  87102
Telephone: (505) 246-0455
blaskey@mlllaw.com
(*Admitted Pro Hac Vice*)

*Attorneys for Defendants*


IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 21, 2024

3

4863-0908-0256.v1