# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DELTA SALOON, INC., <br><br>　　　　　　　　　Plaintiff, <br><br>　　v. <br><br>AMERICAS PROPANE, INC., *et al.*, <br><br>　　　　　　　　　Defendants. | Case No. 3:19-cv-00748-CSD <br><br>**ORDER** |

Due to a conflict in the court's calendar, the jury trial shall begin on **Tuesday, January 14, 2025, at 9:00 a.m.** in Reno Courtroom No. 2 before the Honorable Craig S. Denney.

Counsel for all parties shall appear in Reno Courtroom No. 2 on **Monday, December 30, 2024, at 9:00 a.m.** for a pretrial conference. The individual parties in civil cases will not be required to appear for the pretrial conference unless the court directs otherwise.

**IT IS SO ORDERED.**

DATED:  June 7, 2024.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Craig S. Denney
　　　　　　　　　　　　　　　　United States Magistrate Judge