# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DELTA SALOON, INC., a Nevada corporation,<br><br>                               Plaintiff,<br>v.<br><br>AMERIGAS PROPANE, L.P., *et al.*,<br><br>                               Defendants. | 3:19-cv-00748-CSD<br><br>**ORDER** |

The parties have submitted their proposed Joint Pretrial Order (JPO) for this case, which is scheduled for Jury Trial on **Tuesday, January 14, 2025**. The court approved the JPO, but the court also noted that Exhibit B contains Plaintiff's proposed trial exhibits and a list of Defendant's objections to those exhibits. Exhibit C contains Defendant's proposed trial exhibits. However, Plaintiff does not provide any list of objections under the Federal Rules of Evidence in Exhibit C. If Plaintiff has any objections to Defendant's exhibits, Plaintiff is ordered to provide an amended Exhibit C to the JPO **within fourteen (14) days of today's date** that provides the FRE objections it has to Defendant's exhibits.

**IT IS SO ORDERED.**

DATED: August 14, 2024.



CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

1