Sarah Ferguson (NSBN 14515)
Jake T. Ward-Herzik (NSBN 16340)
Parsons Behle & Latimer
50 W. Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
sferguson@parsonsbehle.com
jward-herzik@parsonsbehle.com

John G. Hansen (KSBN 23184)
McCoy Leavitt Laskey LLC
8700 Monrovia Street, Suite 310
Lenexa, KS 66215
Telephone: (913) 647-7504
jhansen@mlllaw.com
(*Admitted Pro Hac Vice*)

H. Brook Laskey (NMSBN 8992)
McCoy Leavitt Laskey LLC
317 Commercial Street NE, Suite 200
Albuquerque, NM 87102
Telephone: (505) 246-0455
blaskey@mlllaw.com
(*Admitted Pro Hac Vice*)

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DELTA SALOON, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIGAS PROPANE, L.P., a Pennsylvania Limited Partnership; DOES I through X and ROE CORPORATIONS XI through XX,<br><br>Defendants. | CASE NO.: 3:19-cv-00748-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Delta Saloon, Inc. and Defendant AmeriGas Propane, L.P., by and through their attorneys of record, do hereby stipulate that the above-captioned matter be dismissed with prejudice

/ / /

/ / /

4874-7379-7108.v1

with each party to bear its own fees and costs incurred herein.

Dated November 4, 2024.

JAHRMARKT & ASSOCIATES

/s/ John Jahrmarkt
John Jahrmarkt (CSBN 175569)
2049 Century Park East, Suite 2525
Los Angeles, CA  90067
Telephone: (310) 226-7676
johnjahrmarkt@gmail.com
(*Admitted Pro Hac Vice*)

Elliot S. Blut (NSBN 6570)
Blut Law Group
300 S. Fourth Street, Ste. 701
Las Vegas, NV 89101
Telephone: (702) 384-1050
eblut@blutlaw.com

*Attorneys for Plaintiff
Delta Saloon, Inc.*

Dated November 4, 2024.

PARSONS BEHLE & LATIMER

/s/ Sarah Ferguson
Sarah Ferguson (NSBN 14515)
Jake T. Ward-Herzik (NSBN 16340)
50 W. Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
jward-herzik@parsonsbehle.com

John G. Hansen (KSBN 23184)
McCoy Leavitt Laskey LLC
8700 Monrovia Street, Suite 310
Lenexa, KS 66215
Telephone: (913) 647-7504
jhansen@mlllaw.com
(*Admitted Pro Hac Vice*)

H. Brook Laskey, Esq. (NMSBN 8992)
McCoy Leavitt Laskey LLC
317 Commercial Street NE, Suite 200
Albuquerque, NM  87102
Telephone: (505) 246-0455
blaskey@mlllaw.com
(*Admitted Pro Hac Vice*)

*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   November 6, 2024

4874-7379-7108.v1